1

2

3

4

5

6

7

8

UNITED STATES DISTRICT COURT

9

FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11

IN RE:  STEVEN WAYNE BONILLA

No. 2:24-cv-00853-WBS-CSK

12

No. 2:24-cv-00854-WBS-CSK

13

No. 2:24-cv-00855-WBS-CSK

14

No. 2:24-cv-00856-WBS-CSK

15

No. 2:24-cv-00857-WBS-CSK

16

No. 2:24-cv-00858-WBS-CSK

17

No. 2:24-cv-00859-WBS-CSK

18

No. 2:24-cv-00860-WBS-CSK

19

No. 2:24-cv-00862-WBS-CSK

20

No. 2:24-cv-00863-WBS-CSK

21

**ORDER**

22

23

24

Plaintiff Steven Wayne Bonilla is a state prisoner proceeding without counsel in the

25

above-captioned civil actions.  On November 29, 2018, the Court declared Plaintiff a vexatious

26

litigant and ordered the Clerk of the Court not to file or assign a civil case number to any

27

proposed habeas corpus petition or civil action related to Plaintiff's criminal conviction in

28

Alameda County.  (See Bonilla v. Fresno County, Case No. 2: 18-cv-2544-TLN-KJN, ECF No.

1

1    13).  On June 14, 2023, the Court modified its vexatious litigant Order and directed the Clerk of

2    the Court to open a new case for each attempted new pleading and assign it to the Court for

3    review.  (Id. at ECF No. 26.)   If the Court determines the new filing is related to Plaintiff's

4    Alameda County criminal conviction, the case will be ordered dismissed and closed.  (Id.)

5         The Court has reviewed the complaints/petitions filed in the above-captioned cases and

6    finds they are related to Plaintiff's Alameda County criminal conviction.[1]

7         Accordingly, IT IS HEREBY ORDERED that 2:24-cv-00853, 2:24-cv-00854, 2:24-cv-

8    00855, 2:24-cv-00856, 2:24-cv-00857, 2:24-cv-00858, 2:24-cv-00859, 2:24-cv-00860, 2:24-cv-

9    00862 and 2:24-cv-00863 are DISMISSED; the Clerk of the Court is directed to close these cases.

10   No further filings will be accepted.

11   Dated:  April 4, 2024

12   WILLIAM B. SHUBB
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25   [1] In the captions of 2:24-cv-00855, 2:24-cv-00860 and 2:24-cv-00862, plaintiff names the Yuba
     County Superior Court.  In the caption of 2:24-cv-00856, plaintiff names the Sierra County
26   Superior Court.  To the extent plaintiff intended to raise the claims raised in these cases in the
     United States District Court for the Eastern District of California, this Court finds that the claims
27   raised in 2:24-cv-00855, 2:24-cv-00856, 2:24-cv-00860 and 2:24-cv-00862 are related to
     Plaintiff's Alameda County criminal conviction.
28

2